### 7512. EMPIRE LIFE INSURANCE COMPANY *v*. PERKINS.

BROYLES, J. The rulings made by this court in this case when it was previously before us for review (*Perkins* v. *Empire Life Ins. Co.*, 17 *Ga. App.* 658, 87 S. E. 1094), whether right or wrong, have become the law of the case, and we are bound by them. *Southern Bell Tel. Co.* v. *Glawson*, 140 *Ga.* 507 (79 S. E. 136). Under the rulings there made,

the trial judge did not err in excluding the testimony of the secretary of the defendant insurance company as set forth in the bill of exceptions, or in thereafter directing a verdict for the plaintiff. It appearing, however, that there was an error of computation as to the specific amount of the verdict directed, to the extent of $306.29 in excess of what should have been directed, it is ordered that this sum be written off from the verdict and judgment.

*Judgment affirmed, with direction. Hodges, J., absent.*
DECIDED DECEMBER 11, 1916.

Action on insurance policy; from city court of Savannah— Judge Davis Freeman. March 30, 1916.

*Anderson, Cann, Cann & Walsh, Robert C. & Philip H. Alston,* for plaintiff in error. `Osborne, Lawrence & Abrahams,* contra.